UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION; JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission; BRENT J. FIELDS, in his official capacity as Secretary of the U.S. Securities and Exchange Commission.<br><br>              Defendants. | Civil Action No. 19-00047 (ABJ) |

## DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants, United States Securities and Exchange Commission ("SEC"), Jay Clayton, and Brent J. Fields (collectively, "Defendants"), respectfully request an enlargement of time to May 10, 2019, to answer or otherwise respond to Plaintiff's complaint in this matter. On March 1, 2019, undersigned counsel spoke with counsel for Plaintiff, Robert J. McNamara. Plaintiff's counsel indicated that Plaintiff intended to file an amended complaint in this matter. Undersigned counsel agreed to accept service of the amended complaint electronically on behalf of Defendants outside of the 21 days in which Plaintiff would otherwise be entitled to amend the pleading as a matter of course under Fed. R. Civ. P. 15(a)(1).[1] Plaintiff's counsel indicated that

---

[1] Plaintiff's complaint was served on Defendants on January 11, 2019, and the answer to that complaint would otherwise be due on March 12, 2019. The time in which Plaintiff would have been permitted to file an amended complaint as a matter of course under Fed. R. Civ. P. 15(a)(1) was February 1, 2019.

they intend to file and serve the amended complaint promptly following the filing of this Consent Motion.  In order to provide Defendants' counsel time to review the amended complaint and due to the scheduling needs of Defendants' counsel, undersigned counsel and Plaintiff's counsel agreed to extend the time for Defendants to answer or otherwise respond to the amended complaint to May 10, 2019.  A proposed order is enclosed.

For the foregoing reasons, Defendants respectfully request that they be granted an enlargement of time to May 10, 2019, to answer or otherwise respond to the amended complaint.

March 1, 2019                                          /s/ Matthew S. Ferguson
                                                                        Matthew S. Ferguson
                                                                        Senior Counsel
                                                                        U.S. Securities and Exchange Commission
                                                                        Office of the General Counsel
                                                                        100 F Street NE
                                                                        Mail Stop 9612/SPI
                                                                        Washington, DC  20549

                                                                        fergusonma@sec.gov
                                                                        202-551-3840 (phone)
                                                                        202-772-9263 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION; JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission; BRENT J. FIELDS, in his official capacity as Secretary of the U.S. Securities and Exchange Commission.<br><br>　　　　　　Defendants. | Civil Action No. 19-00047 (ABJ) |

Having considered the Defendants' Consent Motion for Enlargement of Time to Answer or Respond to Plaintiff's Amended Complaint, and the entire record herein, it is this _____ day of _____, 2019, hereby:

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Defendants shall answer or respond by no later than May 10, 2019.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge