UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION; JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission; and VANESSA A. COUNTRYMAN,[1] in her official capacity as Acting Secretary of the U.S. Securities and Exchange Commission,<br><br>        Defendants. | Civil Action No. 1:19-cv-00047-ABJ |

**DEFENDANTS' MOTION TO DISMISS**

Defendants the United States Securities and Exchange Commission ("Commission"), Jay Clayton, in his official capacity as Chairman of the Commission, and Vanessa A. Countryman, in her official capacity as Acting Secretary of the Commission, by and through undersigned counsel, respectfully move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the First Amended Complaint (ECF No. 11) because this Court does not have jurisdiction over Plaintiff Cato Institute's ("Cato") cause of action because Cato lacks standing, its claim is not ripe, and it has failed to state a claim upon which relief can be granted.

---

[1] Vanessa A. Countryman was named Acting Secretary of the U.S. Securities and Exchange Commission effective March 11, 2019, when former SEC Secretary Brent J. Fields stepped down.

In support of this motion, Defendants respectfully refer the Court to the accompanying Memorandum of Points and Authorities and exhibits. A proposed Order is also attached.

Dated:  May 10, 2019                                 Respectfully submitted,

By: /s/ Matthew S. Ferguson
MATTHEW S. FERGUSON
Senior Counsel
MELINDA HARDY
Assistant General Counsel
JEFFREY A. BERGER
Senior Litigation Counsel

U.S. Securities and Exchange Commission
Office of the General Counsel
100 F Street NE
Washington, DC 20549

FergusonMA@sec.gov
202-551-3840 (Ferguson)
Fax: 202-772-9263

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I served the foregoing Defendants' Motion to Dismiss upon the counsel for Plaintiff via ECF.

                                         */s/ Matthew S. Ferguson*
                                         MATTHEW S. FERGUSON
                                         Senior Counsel
                                         U.S. Securities and Exchange Commission
                                         Office of the General Counsel
                                         100 F Street NE
                                         Washington, DC 20549
                                         FergusonMA@sec.gov
                                         202-551-3840
                                         Fax: 202-772-9263